**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7670**

─────────────

MICHAEL EDWARD MILLS,

Petitioner - Appellant,

versus

JOSEPH M. BROOKS,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-01-461)

─────────────

Submitted:  January 17, 2002          Decided:  January 29, 2002

─────────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael Edward Mills, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Edward Mills appeals the district court's order construing his 28 U.S.C. § 2241 (1994) petition as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion and dismissing it as successive. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Mills v. Brooks, No. CA-01-461 (E.D. Va. Aug. 23, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED